UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-60040-CR-SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FORREST PEMBERTON,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

The Defendant, Forrest Pemberton, through counsel, files this Unopposed Motion to Continue the calendar call set July 23, 2025 and reset the trial for a period of 60 days. In support of this motion the defendant states the following:

1. The Defendant is charged with one count of Stalking in violation of 18 U.S.C. §2261(A)(B) and one count of being in Possession of a Short Barreled Rifle in violation of 26 U.S.C. §5861(d).

2. The second calendar call is currently set for April 25, 2025 at 9:00 a.m.

3. Undersigned has received the first submission of discovery and is continuing to prepare this case and further investigate the charges.

4. On July 3, 2025, the government filed a second response to the standing discovery order. Undersigned provided the government with a hard drive in order to obtain the discovery outlined in their submission-which has not be received yet. [DE 32]

1

5. The Defendant understands that by making this request, his Speedy Trial Act time will be tolled and the time requested will be excludable in accordance with the act and further waives this time.

6. Undersigned has conferred with Ms. Waxman, who does not have an objection to this continuance.

WHEREFORE, the Defendant, respectfully requests that a continuance be granted and trial be set in 60 days or a time later that is convenient for the Court.

                                    Respectfully submitted,

                                    HECTOR DOPICO
                                  FEDERAL PUBLIC DEFENDER

By:   s/ *Huda Ajlani-Macri*
       Assistant Federal Public Defender
       Florida Bar No. 27381
       One East Broward Boulevard, Suite 1100
       Fort Lauderdale, Florida 33301
       Tel: 954-356-7436
       E-Mail: Huda_Ajlani-Macri@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    By:   s/   *Huda Ajlani-Macri* AFPD